UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-01961 JVS (JCGx) | Date | March 17, 2011 |
| Title | Francis Walter Startup, et al. v. Bear Stearns Residential Mortgage Corp., et al. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla Tunis | None Present |
| | Deputy Clerk | Court Reporter |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

      **On February 7 and 14, 2011, the Court granted defendants' motions to dismiss without prejudice. Plaintiff was granted 30 days to amend the complaint. As of today, an amended complaint has not been filed.**

      **The Court hereby ORDERS plaintiff to show cause, in writing, not later than March 31, 2011, why this action should not be dismissed for lack of prosecution. The filing of an amended complaint on or before March 31, 2011 shall be considered an sufficient response to this Order to Show Cause.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |