JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Francis Walter Startup, | ) | SACV 10-01961-JVS(JCGx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL FOR |
| v. | ) | |
| | ) | LACK OF PROSECUTION |
| Bear Stearns Residential | ) | |
| Mortgage Corp., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause on _____March 17, 2011_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on February 31, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2). The Scheduling Conference set on April 25, 2011 is hereby vacated.

DATED: April 4, 2011

_____
James V. Selna
United States District Judge